Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
Howard S. Han (SBN 243406)
hhan@donigerlawfirm.com
DONIGER / BURROUGHS APC
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

JS-6

Attorneys for Plaintiff Star Fabrics, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARD A. FEINBERG, INC., *et al.*,<br><br>Defendants. | Case No.: 14-7167-RGK (MANx)<br>*Hon. R. Gary Klausner Presiding*<br><br>[~~PROPOSED~~] ORDER ON STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) |

484559.1

- 1 -

**[PROPOSED] ORDER**:

Having reviewed the stipulation of the parties to dismiss certain defendants and claims from the action and finding good cause thereon,

IS HEREBY ORDERED that:

1.     All causes of action in Star's Second Amended Complaint against Defendant Leonard A. Feinberg, Inc., Defendant M and Sons, Inc. d/b/a LA Class, Defendant Beyond the Rack USA Inc., and Defendant Rainbow USA, Inc. (incorrectly sued herein as "Rainbow USA, Inc., a New York corporation, individually and d/b/a '579'") are dismissed, *without* prejudice.

2.     This dismissal *without* prejudice may be converted to a dismissal *with* prejudice at a later date.

3.     The parties to this stipulation will each bear their own costs as incurred in connection with the dismissed claims.

SO ORDERED.

Date: July 21, 2015                    By: _____

                                            Hon. R. Gary Klausner
                                            United States District Judge

484559.1

- 2 -